EILEEN M. DECKER
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TOVA WOLKING, CSBN 259782
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    Email: tova.wolking@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JUAN RAMON OROZCO RAMIREZ, | No. 8:15-CV-00772-RAO |
| Plaintiff, | [~~PROPOSED~~] |
| v. | **JUDGMENT OF REMAND** |
| CAROLYN W. COLVING, Acting Commissioner of Social Security, | |
| Defendant. | |

\\\

\\\

\\\

\\\

1     The Court having approved the parties' Stipulation to Voluntary Remand
2 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3 ("Stipulation to Remand") lodged concurrent with the lodging of the within
4 Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5 **DECREED** the above-captioned action is remanded to the Commissioner of
6 Social Security for further proceedings consistent with the Stipulation to Remand.

8 DATED: 01-05-2016.

                                                HON. ROZELLA A. OLIVER
                                                UNITED STATES MAGISTRATE JUDGE